# EXHIBIT C

| From: | AAA Amie Chale |
|---|---|
| To: | Ted Kapke; Tieman, Matthew W; Andy Schermerhorn |
| Cc: | Clayton, Lewis R; Carey, Jessica; Recher, Jeffrey J; Kaye, Joshua D; Fine, Livia; Kovalenko, Nina; Hershman, Sara E; Young, Spencer E; Luhring, Alexander L; "scott.hecht@stinson.com"; "chris.leopold@stinson.com"; Adams, Rob (SHB); Songer, Ann (SHB); Cargnel, Mike (SHB); Shearer, Rick (SHB); cbidwell@shb.com; Jeffrey E. Elkins (jelkins@shb.com); Van Thournout, Darin J. (SHB); Jason Zager (jzager@shb.com); "Ken McClain"; "bwhite@wagblaw.com"; Mike Fleming; "bcarr@wagblaw.com"; John Klamann; "Jonathan M. Soper"; "Chelsea McClain Pierce"; J"Nan Kimak; tarri@wagblaw.com; Muscat, Shawn; Bland, Kelly (SHB) |
| Subject: | RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal |
| Date: | Tuesday, February 16, 2021 5:48:14 PM |
| Attachments: | image002.png<br>image006.png<br>image9d02ff.PNG |

Dear Counsel:

We have made the parties contentions a part of the file. The parties may submit their positions to the appellate arbitrator for review.

The AAA will be proceeding and providing a list of appellate arbitrators shortly.

Thank you.



**AAA Amie Chale**
**Manager of ADR Services**

American Arbitration Association

T: 559 490 1874   F: 855 433 3046   E: AmieChale@adr.org
45 E River Park Place West, Suite 308, Fresno, CA 93720

adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Ted Kapke <ted@kapkewillerth.com>
**Sent:** Thursday, February 11, 2021 12:59 PM
**To:** Tieman, Matthew W <mtieman@paulweiss.com>; AAA Amie Chale <AmieChale@adr.org>; Andy Schermerhorn <ajs@klamannlaw.com>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Fine, Livia <lfine@paulweiss.com>; Kovalenko, Nina <nkovalenko@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; Mike Fleming <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Chale:

Respondent is welcome to make its argument to Judge Wimes. This matter is, now, in front of him for the purposes affirming the arbitration award. If the AAA were to adopt Respondent's argument, it would not matter if an appeal were a week late or a decade late, the Respondent could simply seek to avoid the enforcement of a final judgment by declaring, unilaterally, the right to an untimely appeal through arbitration. The AAA's jurisdiction is not so broad. This is now a matter for the Court.

If Respondent is right, it can make the same argument to Judge Wimes in a motion compel arbitration.  However, Respondent is not right and is simply seeking to enlist the AAA to assist in its efforts to delay and avoid a final judgment.

Regards,
Ted Kapke


Kapke & Willerth LLC
3304 NE Ralph Powell Road
Lee's Summit, Mo 64064
(816) 461-3800
(816) 254-8014 (fax)
ted@kapkewillerth.com


**STATEMENT OF CONFIDENTIALITY**
The information contained in this e-mail message, including any attachment thereto, is privileged and confidential and intended only for the use ofthe individual or entity named above as the intended recipient.  The information contained in this e-mail message may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules.  If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this e-mail message in error, please immediately notify the sender by telephone and destroy the e-mail that was received by you.  Thank you.

WE ARE ALSO INCLUDING THE FOLLOWING SENTENCE TO COMPLY WITH APPLICABLE TREASURY REGULATIONS.  ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) WAS NOT INTENDED OR WRITTEN BY THE AUTHOR TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED ON A TAXPAYER OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR OTHER MATTER ADDRESSED HEREIN.

---

**From:** Tieman, Matthew W <mtieman@paulweiss.com>
**Sent:** Thursday, February 11, 2021 1:41 PM
**To:** AAA Amie Chale <AmieChale@adr.org>; Ted Kapke <ted@kapkewillerth.com>; Andy Schermerhorn <ajs@klamannlaw.com>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Fine, Livia <lfine@paulweiss.com>; Kovalenko, Nina <nkovalenko@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; Mike Fleming <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

Dear Ms. Chale,

As you noted earlier today, the timeliness of the notice of appeal is a matter that may be decided by an arbitrator.  This arbitration proceeding has not been stayed.  Claimant's motion to confirm filed in the Western District of Missouri is without merit because the notice of appeal was timely filed with the AAA.  Accordingly, DST is prepared to move forward with selecting an arbitrator to hear the appeal.

Respectfully submitted,
**Matthew W. Tieman** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3957 (Direct Phone) | 212 492 0957 (Direct Fax)

mtieman@paulweiss.com | www.paulweiss.com

**From:** AAA Amie Chale <AmieChale@adr.org>
**Sent:** Thursday, February 11, 2021 1:01 PM
**To:** Ted Kapke <ted@kapkewillerth.com>; Tieman, Matthew W <mtieman@paulweiss.com>; Andy Schermerhorn <ajs@klamannlaw.com>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins <jelkins@shb.com> <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; Mike Fleming <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

We ask that the Respondents please submit any comments to the below as soon as possible.

Thank you.



**AAA Amie Chale**
**Manager of ADR Services**

American Arbitration Association

T: 559 490 1874  F: 855 433 3046  E: AmieChale@adr.org
45 E River Park Place West, Suite 308, Fresno, CA 93720
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Ted Kapke <ted@kapkewillerth.com>
**Sent:** Thursday, February 11, 2021 9:48 AM
**To:** AAA Amie Chale <AmieChale@adr.org>; Tieman, Matthew W <mtieman@paulweiss.com>; Andy Schermerhorn <ajs@klamannlaw.com>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; Mike Fleming <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Chale:
Because Respondent failed to timely appeal, Claimant has filed its Petition to Confirm the Award in the United States District Court

for the Western District of Missouri.

We do not believe the AAA to have continuing jurisdiction since the appeal deadline was missed. Since a Petition to Confirm the Award has been filed, it is our understanding that the AAA is obligated to stay this matter until a ruling by the Federal Court in Missouri. I am sure that DST can make its arguments to the Court in Missouri.


Regards,
Ted Kapke

Kapke & Willerth LLC
3304 NE Ralph Powell Road
Lee's Summit, Mo 64064
(816) 461-3800
(816) 254-8014 (fax)
ted@kapkewillerth.com


**STATEMENT OF CONFIDENTIALITY**
The information contained in this e-mail message, including any attachment thereto, is privileged and confidential and intended only for the use ofthe individual or entity named above as the intended recipient. The information contained in this e-mail message may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail message in error, please immediately notify the sender by telephone and destroy the e-mail that was received by you. Thank you.

WE ARE ALSO INCLUDING THE FOLLOWING SENTENCE TO COMPLY WITH APPLICABLE TREASURY REGULATIONS. ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) WAS NOT INTENDED OR WRITTEN BY THE AUTHOR TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED ON A TAXPAYER OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR OTHER MATTER ADDRESSED HEREIN.

**From:** AAA Amie Chale <AmieChale@adr.org>
**Sent:** Thursday, February 11, 2021 11:38 AM
**To:** Tieman, Matthew W <mtieman@paulweiss.com>; Andy Schermerhorn <ajs@klamannlaw.com>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; Ted Kapke <ted@kapkewillerth.com>; Mike Fleming <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

Dear Counsel:

The AAA will be providing a list of appellate arbitrators shortly. The issue can be addressed with the arbitrator immediately upon appointment.

Thank you.



**AAA Amie Chale**
**Manager of ADR Services**

American Arbitration Association

T: 559 490 1874  F: 855 433 3046  E: AmieChale@adr.org
45 E River Park Place West, Suite 308, Fresno, CA 93720
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Tieman, Matthew W <mtieman@paulweiss.com>
**Sent:** Monday, February 1, 2021 12:40 PM
**To:** Andy Schermerhorn <ajs@klamannlaw.com>; AAA Amie Chale <AmieChale@adr.org>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins <jelkins@shb.com> <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; 'ted@kapkewillerth.com' <ted@kapkewillerth.com>; 'Mike Fleming' <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

**\*\*\* External E-Mail – Use Caution \*\*\***

Amie,

We are not going to engage in a lengthy back and forth with Mr. Schermerhorn. Suffice it to say he clearly is wrong about the date on which the award was issued. We have attached your email and attached letter issuing the award—each dated December 2, 2020. As we mentioned, the AAA case file also confirms that December 2, 2020 is the date of the award. DST did not receive any award in this matter on November 24, 2020, as Mr. Schermerhorn seems to wrongly suggest.

DST has noticed the appeal and will await the materials regarding the arbitrator selection. There of course is nothing in the Arbitration Agreement, and Mr. Schermerhorn does not point to anything, that provides the AAA with any discretion over whether to accept an appeal.

Regards,

**Matthew W. Tieman** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3957 (Direct Phone) | 212 492 0957 (Direct Fax)
mtieman@paulweiss.com | www.paulweiss.com

---

**From:** Andy Schermerhorn <ajs@klamannlaw.com>
**Sent:** Monday, February 1, 2021 3:07 PM
**To:** Tieman, Matthew W <mtieman@paulweiss.com>; AAA Amie Chale <AmieChale@adr.org>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer,

Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; 'ted@kapkewillerth.com' <ted@kapkewillerth.com>; 'Mike Fleming' <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** Re: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

Amie, Mr. Tieman makes no sense. The AAA doesn't issue awards. Arbitrators issue awards.

The award here is clearly dated November 24, 2020. Mr. Tieman is not allowed to recreate events or tell lies to account for DST's failure to appeal within the timeframe stipulated by the parties. DST wrote the Arbitration Agreement and has compelled and required its strict enforcement. Now, having lost an arbitration and having failed to timely appeal, DSTasks the AAA to breach the parties' agreement on its behalf. You cannot. DST can seek an order compelling arbitration from the District Court of Missouri if it believes that further arbitration proceedings are permitted or required.

Kindly,

**Andy Schermerhorn**
Attorney
The Klamann Law Firm
ajs@klamannlaw.com
(816) 421-2626

---

**From:** Tieman, Matthew W <mtieman@paulweiss.com>
**Sent:** Monday, February 1, 2021 1:59 PM
**To:** AAA Amie Chale <AmieChale@adr.org>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com <cbidwell@shb.com>; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; Andy Schermerhorn <ajs@klamannlaw.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; 'ted@kapkewillerth.com' <ted@kapkewillerth.com>; 'Mike Fleming' <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com <tarri@wagblaw.com>; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** RE: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

Ms. Chale,

Mr. Schermerhorn is incorrect. The award was issued by the AAA on behalf of the arbitrator on December 2, 2020. The award was not issued or distributed to the parties on November 24, 2020. The AAA case file also confirms that the date of the award is December 2, 2020. The notice of appeal therefore was served by DST in advance of the 60-day period contemplated by the Arbitration Agreement.

In any event, any argument Mr. Schermerhorn might make should be directed to the arbitrator once selected.

Regards,

**Matthew W. Tieman** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3957 (Direct Phone) | 212 492 0957 (Direct Fax)
mtieman@paulweiss.com | www.paulweiss.com

---

**From:** Andy Schermerhorn <ajs@klamannlaw.com>
**Sent:** Friday, January 29, 2021 8:41 PM
**To:** Tieman, Matthew W <mtieman@paulweiss.com>; AAA Amie Chale <AmieChale@adr.org>

**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; 'ted@kapkewillerth.com' <ted@kapkewillerth.com>; 'Mike Fleming' <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** Re: Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

Ms. Chale,

I am not sure why Mr. Tieman has resubmitted the same request as before, but as I've already stated, you do not have authority to accept DST's Notice of Arbitration Appeal in the matter of *Alice Wright v. DST Systems, Inc.*, AAA Case No. 01-19-0001-9073. The deadline for filing an appeal has already run. The Decision was issued on **November 24, 2020**. The Decision date is clearly and unmistakably identified in the Decision.

The Arbitration Agreement clearly states that notice of an appeal must be filed within 60 days of the decision. The deadline for filing an appeal in the *Wright* matter was Saturday, January 23, 2021. DST has always insisted on a strict reading of the Agreement. Here, the Agreement forbids their late and untimely "Notice of Arbitration Appeal."

Sincerely,

**Andy Schermerhorn**
Attorney
The Klamann Law Firm
ajs@klamannlaw.com
(816) 421-2626

---

**From:** Tieman, Matthew W <mtieman@paulweiss.com>
**Sent:** Friday, January 29, 2021 7:21 PM
**To:** AAA Amie Chale <AmieChale@adr.org>
**Cc:** Clayton, Lewis R <lclayton@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Recher, Jeffrey J <jrecher@paulweiss.com>; Kaye, Joshua D <jkaye@paulweiss.com>; Borod, James H <jborod@paulweiss.com>; Hershman, Sara E <shershman@paulweiss.com>; Young, Spencer E <syoung@paulweiss.com>; Luhring, Alexander L <aluhring@paulweiss.com>; 'scott.hecht@stinson.com' <scott.hecht@stinson.com>; 'chris.leopold@stinson.com' <chris.leopold@stinson.com>; Adams, Rob (SHB) <RTADAMS@shb.com>; Songer, Ann (SHB) <ASONGER@shb.com>; Cargnel, Mike (SHB) <MCARGNEL@shb.com>; Shearer, Rick (SHB) <RSHEARER@shb.com>; cbidwell@shb.com <cbidwell@shb.com>; Jeffrey E. Elkins (jelkins@shb.com) <jelkins@shb.com>; Van Thournout, Darin J. (SHB) <dvanthournout@shb.com>; Jason Zager (jzager@shb.com) <jzager@shb.com>; Andy Schermerhorn <ajs@klamannlaw.com>; 'Ken McClain' <kbm@hfmlegal.com>; 'bwhite@wagblaw.com' <bwhite@wagblaw.com>; 'ted@kapkewillerth.com' <ted@kapkewillerth.com>; 'Mike Fleming' <mike@kapkewillerth.com>; 'bcarr@wagblaw.com' <bcarr@wagblaw.com>; John Klamann <jklamann@klamannlaw.com>; 'Jonathan M. Soper' <jms@hfmlegal.com>; 'Chelsea McClain Pierce' <cmp@hfmlegal.com>; J'Nan Kimak <jck@hfmlegal.com>; tarri@wagblaw.com <tarri@wagblaw.com>; Muscat, Shawn <smuscat@paulweiss.com>; Bland, Kelly (SHB) <KBLAND@shb.com>
**Subject:** Alice Wright v. DST Systems, Inc. (AAA Case No. 01-19-0001-9073); Notice of Arbitration Appeal

Ms. Chale,

In accordance with the parties' arbitration agreement, attached please find DST's Notice of Arbitration Appeal in the matter of *Alice Wright* v. *DST Systems, Inc.*, AAA Case No. 01-19-0001-9073.

Regards,

**Matthew W. Tieman** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3957 (Direct Phone) | 212 492 0957 (Direct Fax)
mtieman@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.