# EXHIBIT D

| From: | AmieChale@adr.org |
|---|---|
| Sent: | Tuesday, February 16, 2021 5:50 PM |
| To: | kbm@hfmlegal.com; ajs@klamannlaw.com; RTADAMS@shb.com; Young, Spencer E; Clayton, Lewis R; rshearer@shb.com; Muscat, Shawn; bcarr@wagblaw.com; Recher, Jeffrey J; Tieman, Matthew W; Hershman, Sara E; ASONGER@shb.com; jelkins@shb.com; scott.hecht@stinson.com; jbk@kbg-law.com; mcargnel@shb.com; dvanthournout@shb.com; bwhite@wagblaw.com; cmp@hfmlegal.com; ssoden@shb.com; ted@kapkewillerth.com; jms@hfmlegal.com; Kaye, Joshua D; cbidwell@shb.com; kbland@shb.com; jklamann@klamannlaw.com; mike@kapkewillerth.com; jzager@shb.com; chris.leopold@stinson.com; klemon@shb.com |
| Subject: | Alice Wright v. DST Systems, Inc. - Case 01-19-0001-9073 |
| Attachments: | Resume.pdf; Optional_Appellate_Arbitration_Rules.pdf; AAA258_Best_Practices_Cybersecurity_Privacy.pdf; AAA259_AAA_ICDR_Cyber_Security_Checklist.pdf; 2021-02-16 AAA letter re Appeal.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Amie Chale**
**Manager of ADR Services**

American Arbitration Association

T: 559 490 1874  F: 855 433 3046  E: AmieChale@adr.org
45 E River Park Place West, Suite 308, Fresno, CA 93720
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

# EXHIBIT D-1



Western Case Management Center
Patrick Tatum
Vice President
45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

February 16, 2021

**VIA EMAIL ONLY**

John M. Klamann, Esq.
The Klamann Law Firm
4435 Main Street, Suite 150
Kansas City, MO 64111

Jeffrey J. Recher, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Case Number: 01-19-0001-9073

Alice Wright
-vs-
DST Systems, Inc.

Dear Parties:

The American Arbitration Association (the AAA) acknowledges receipt on February 2, 2021, of a Notice of Appeal filed by the Claimant. The Optional Appellate Arbitration Rules apply to this matter, a copy of which is attached and is located on our website at www.adr.org.

We request that the employer pay the filing fee in the amount of $2,200.00. Payment should be submitted by **February 23, 2021**.

Attached is a list for your selection of the appellate arbitrator. Please see the attached list for further instruction on this process. The selection is due on **March 2, 2021**.

If you have any questions or need clarification on any of the enclosed documents, please feel free to call or email me at any time.

Sincerely,

/s/

Amie Chale
Manager of ADR Services
Direct Dial: (559)490-1874
Email: AmieChale@adr.org
Fax: (855)433-3046

Enclosure

cc: Kenneth B. McClain, Esq.
    Chelsea M. Pierce
    Scott Hecht, Esq.
    Josh D. Kaye
    Shawn Muscat
    Cecilia Bidwell
    Jonathan Soper
    Lewis R. Clayton, Esq.
    Michael S. Cargnel, Esq.
    Rick Shearer, Esq.
    Kathleen Lemon
    Darin J. Van Thournout
    Jeffrey E. Elkins
    Steven D. Soden
    Kelly Bland
    Andrew Schermerhorn, Esq.
    Spencer Young
    Sara E. Hershman
    William Carr, Esq.
    Matthew W. Tieman, Esq.
    Ann Songer
    Christopher J. Leopold, Esq.
    Ted Kapke, Esq.
    Joshua B. Katz
    Mike Fleming, Esq.
    Bryan T. White, Esq.
    Robert T. Adams
    Jason Zager

# AMERICAN ARBITRATION ASSOCIATION
# LIST FOR SELECTION OF ARBITRATOR

In the Matter of the Arbitration between:

Case Number: 01-19-0001-9073

Alice Wright
-vs-
DST Systems, Inc.

CASE MANAGER: Amie Chale
DATE LIST SUBMITTED: February 16, 2021

DATE LIST DUE: March 2, 2021
********************************************************************************

In accordance with the Rules we are providing you a list of appellate arbitrators. Along with this list are the attached Biographical Information Sheets on each arbitrator listed. We encourage parties to review the following list of arbitrators and if possible, agree to a single arbitrator from this list.

In accordance with your agreement, the Parties shall randomly decide who strikes first and then take turns alternately striking one name from the list of qualified arbitrators until there is only one name remaining. The remaining name shall be the Arbitrator.

Note: If appointment cannot be made from this list the AAA may appoint without the submission of an additional list, in accordance with the rules.

Hon. Leah W. Sears

Hon. Phylis J. Speedlin

Stephen L. Tatum, Esq.

Hon. Barbara B. Wecker

Hon. James R. Zazzali

********************************************************************************

Arbitrators are compensated at the rate stated on their biographical data. The compensation is an independent obligation of the parties and it is understood that the American Arbitration Association has no liability, direct or indirect, for such payments. Deposits shall be made promptly with the AAA as required by the case manager, pursuant to the Rules, subject to final appointment by the arbitrator in the award. If you have any questions please call or email me.

Party: _____

By: _____

Title: _____