# EXHIBIT E

| | |
|---|---|
| **From:** | AmieChale@adr.org |
| **Sent:** | Tuesday, February 16, 2021 6:05 PM |
| **To:** | kbm@hfmlegal.com; ajs@klamannlaw.com; RTADAMS@shb.com; Young, Spencer E; Clayton, Lewis R; rshearer@shb.com; Muscat, Shawn; bcarr@wagblaw.com; Recher, Jeffrey J; Tieman, Matthew W; Hershman, Sara E; ASONGER@shb.com; jelkins@shb.com; scott.hecht@stinson.com; jbk@kbg-law.com; mcargnel@shb.com; dvanthournout@shb.com; bwhite@wagblaw.com; cmp@hfmlegal.com; ssoden@shb.com; ted@kapkewillerth.com; jms@hfmlegal.com; Kaye, Joshua D; cbidwell@shb.com; kbland@shb.com; jklamann@klamannlaw.com; mike@kapkewillerth.com; jzager@shb.com; chris.leopold@stinson.com; klemon@shb.com |
| **Subject:** | Alice Wright v. DST Systems, Inc. - Case 01-19-0001-9073 |
| **Attachments:** | 2021-02-16 AAA correction.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Amie Chale**
**Manager of ADR Services**

American Arbitration Association

T: 559 490 1874  F: 855 433 3046  E: AmieChale@adr.org
45 E River Park Place West, Suite 308, Fresno, CA 93720
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**EXHIBIT E-1**



Western Case Management Center
Patrick Tatum
Vice President
45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

February 16, 2021

**VIA EMAIL ONLY**

John M. Klamann, Esq.
The Klamann Law Firm
4435 Main Street, Suite 150
Kansas City, MO 64111

Jeffrey J. Recher, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Case Number: 01-19-0001-9073

Alice Wright
-vs-
DST Systems, Inc.

Dear Parties:

This letter shall correct the letter sent earlier today. The American Arbitration Association (the AAA) acknowledges receipt on January 29, 2021, of a Notice of Appeal filed by the Respondent.

If you have any questions or need clarification, please feel free to call or email me at any time.

Sincerely,

/s/

Amie Chale
Manager of ADR Services
Direct Dial: (559)490-1874
Email: AmieChale@adr.org
Fax: (855)433-3046

cc:   Cecilia Bidwell / Kenneth B. McClain, Esq. / Chelsea M. Pierce / Scott Hecht, Esq. / Josh D. Kaye /
      Shawn Muscat / Rick Shearer, Esq. / Kathleen Lemon / Darin J. Van Thournout / Jeffrey E. Elkins
      Steven D. Soden / Kelly Bland / Andrew Schermerhorn, Esq. / Jonathan Soper / Lewis R. Clayton, Esq.
      Michael S. Cargnel, Esq. / William Carr, Esq. / Spencer Young / Sara E. Hershman /
      Matthew W. Tieman, Esq. / Ann Songer / Ted Kapke, Esq. / Christopher J. Leopold, Esq. /
      Mike Fleming, Esq. / Joshua B. Katz / Jason Zager / Robert T. Adams / Bryan T. White, Esq.